# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chan, Ashely M. | Eastern District of Pennsylvania | 06/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>05/31/2015 |

**7. Chambers or Office Address**

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street Suite 214
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Hangley Aronchick Segal Pudlin & Schiller |
| 2. | Chairperson | Eastern District of Pennsylvania Bankruptcy Conference |
| 3. | President-Elect | Homeless Advocacy Project |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Hangley Aronchick Segal Pudlin & Schiller- employment agreement with former law firm |
| 2. | 2014 | Hangley Aronchick Segal Pudlin & Schiller- employment agreement with former law firm |
| 3. | 10-22-2002 | Hangley Aronchick Segal Pudlin & Schiller 401k Plan- with former law firm, no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Hangley Aronchick Segal Pudlin & Schiller- Wages | $196,994.00 |
| 2. | 2013 | Hangley Aronchick Segal Pudlin & Schiller- Wages | $379,702.00 |
| 3. | 2012 | Hangley Aronchick Segal Pudlin & Schiller- Wages | $215,550.44 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self-employed art dealer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | K |
| 2. | US Airways | credit card | K |
| 3. | Discover | credit card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | | None | K | T | Exempt | | | | |
| 2. TD Bank | | None | K | T | Exempt | | | | |
| 3. Fidelity 401k (H) | | | | | | | | | |
| 4. -Spartan US Bond Index | B | Dividend | K | T | Exempt | | | | |
| 5. -Spartan 500 Index | C | Dividend | L | T | Exempt | | | | |
| 6. -Fidelity Freeedom 2035 Fund | D | Dividend | L | T | Exempt | | | | |
| 7. -Harbor International | B | Dividend | K | T | Exempt | | | | |
| 8. Northwestern IRA (H) | | | | | | | | | |
| 9. -American Century Real Estate Fund | A | Dividend | J | T | Exempt | | | | |
| 10. -Capital World Growth & Income Fund | A | Dividend | J | T | Exempt | | | | |
| 11. - Fidelity Advisor Diversified International | A | Dividend | J | T | Exempt | | | | |
| 12. -Fidelity Advisor New Insights Fund | B | Dividend | J | T | Exempt | | | | |
| 13. -Fidelity Advisor Strategic Fund | A | Dividend | J | T | Exempt | | | | |
| 14. -Growth Fund of America | B | Dividend | J | T | Exempt | | | | |
| 15. -IShares Trust Russell 2000 Value Index Fund | A | Dividend | J | T | Exempt | | | | |
| 16. -New World Fund | A | Dividend | J | T | Exempt | | | | |
| 17. -PIMCO Commodity Real Return Strategy | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SPDR S&P 500ETF Tr | A | Dividend | J | T | Exempt | | | | |
| 19. -Vanguard GNMA Fund | A | Dividend | J | T | Exempt | | | | |
| 20. -Vanguard Mid-Cap ETF | A | Dividend | J | T | Exempt | | | | |
| 21. -Vanguard Primecap Fund | A | Dividend | J | T | Exempt | | | | |
| 22. Northwestern Roth IRA (H) | | | | | | | | | |
| 23. -American Century Diversified Bond | A | Dividend | J | T | Exempt | | | | |
| 24. -American Century Heritage Fund | C | Dividend | J | T | Exempt | | | | |
| 25. -American Heritage Strategic Allocation Moderate Fund | B | Dividend | J | T | Exempt | | | | |
| 26. -Fidelity Advisor New Insights Fund | B | Dividend | J | T | Exempt | | | | |
| 27. Morgan Stanley IRA (H) | | | | | | | | | |
| 28. -American Washington Mutual Investors | A | Dividend | | | Exempt | | | | |
| 29. -Bank of America 5.625% 7/1/2020 | B | Interest | K | T | Exempt | | | | |
| 30. -Cisco Systems | A | Dividend | K | T | Exempt | | | | |
| 31. -Conagra Foods | C | Dividend | J | T | Exempt | | | | |
| 32. -Covanta Holding Corp | A | Dividend | K | T | Exempt | | | | |
| 33. -CSX Transportation 9.75% 6/15/2020 | B | Interest | K | T | Exempt | | | | |
| 34. -Deere & Co | B | Dividend | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Digital Realty Trust Inc | B | Dividend | J | T | Exempt | | | | |
| 36. -Dr Pepper Snapple Group Inc | A | Dividend | | | Exempt | | | | |
| 37. -Exxon Mobil | A | Dividend | K | T | Exempt | | | | |
| 38. -Franklin Income Fund C | B | Dividend | | | Exempt | | | | |
| 39. -Franklin Rising Dividends Fund C | A | Dividend | K | T | Exempt | | | | |
| 40. -Goldman Sachs 2.00% 5/21/2019 | A | Interest | K | T | Exempt | | | | |
| 41. -HCP Inc 6.70% 1/30/2018 | C | Interest | K | T | Exempt | | | | |
| 42. -Hewlitt Packard 4.30% 6/1/2021 | B | Interest | K | T | Exempt | | | | |
| 43. -Voya Midcap Opportunity Fund C | B | Dividend | | | Exempt | | | | |
| 44. -International Paper | A | Dividend | K | T | Exempt | | | | |
| 45. -IShares Intl Select Div ETF | B | Dividend | K | T | Exempt | | | | |
| 46. -IShares JP Morgan EM Bond Fund | B | Dividend | J | T | Exempt | | | | |
| 47. -Jonesboro, AK 3.00% 2/1/2022 | A | Interest | K | T | Exempt | | | | |
| 48. -JP Morgan Chase & Co | B | Dividend | K | T | Exempt | | | | |
| 49. -Kinder Morgan Inc | B | Dividend | K | T | Exempt | | | | |
| 50. -Liberty Property 4.75% 10/1/2020 | B | Interest | K | T | Exempt | | | | |
| 51. -Merrill Lynch 5.70% 5/2/2017 | B | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | Exempt | | | | |
| 53. -Morgan Stanley Bank | A | Interest | L | T | Exempt | | | | |
| 54. -Norfolk Southern 9.75% 6/15/2020 | B | Interest | K | T | Exempt | | | | |
| 55. -Pentair PLC | A | Dividend | K | T | Exempt | | | | |
| 56. -Pitney Bowes 5.75% 9/15/2017 | B | Interest | K | T | Exempt | | | | |
| 57. -Potash CP of Saskatchewan Inc | B | Dividend | K | T | Exempt | | | | |
| 58. -Quest Diagnostics 4.75% 1/30/2020 | B | Interest | K | T | Exempt | | | | |
| 59. -Rayonier Advanced Materials | A | Dividend | J | T | Exempt | | | | |
| 60. -Rayonier Inc | B | Dividend | J | T | Exempt | | | | |
| 61. -Royce Total Return FUnd | C | Dividend | K | T | Exempt | | | | |
| 62. -Sallie Mae Bank CD 2.15% 10/30/2018 | A | Interest | K | T | Exempt | | | | |
| 63. -Simon Property Group | B | Dividend | K | T | Exempt | | | | |
| 64. -Vanguard FTSE Developed Markets E | A | Dividend | K | T | Exempt | | | | |
| 65. -Veritiv Corp | A | Dividend | J | T | Exempt | | | | |
| 66. -Virtus Multi Sect Short Term Bond T | A | Dividend | J | T | Exempt | | | | |
| 67. -Western Asset Intermediate Term Muni C | A | Dividend | | | Exempt | | | | |
| 68. Western Asset Short Term Bond C1 | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Western Union Co 3.65% 8/22/2018 | B | Interest | K | T | Exempt | | | | |
| 70. -WP Glimcher | A | Dividend | J | T | Exempt | | | | |
| 71. Morgan Stanley xxx612 (H) | | | | | | | | | |
| 72. -Hasbro Inc | B | Dividend | J | T | Exempt | | | | |
| 73. -Microsoft Corp | B | Dividend | J | T | Exempt | | | | |
| 74. -Pfizer Inc | B | Dividend | K | T | Exempt | | | | |
| 75. -Utah County UT 5.125% 12/1/2017 | C | Interest | K | T | Exempt | | | | |
| 76. -Verizon | A | Dividend | J | T | Exempt | | | | |
| 77. -Vodafone | C | Dividend | | | Exempt | | | | |
| 78. -Morgan Stanley Bank | A | Int./Div. | K | T | Exempt | | | | |
| 79. Morgan Stanley xxx450 (H) | | | | | | | | | |
| 80. -Alliance Holdings GP LP | C | Distribution | K | T | Exempt | | | | |
| 81. -American Bond Fund of America | A | Dividend | | | Exempt | | | | |
| 82. -American Capital Income Buidler | A | Dividend | | | Exempt | | | | |
| 83. -Apple Inc | B | Dividend | K | T | Exempt | | | | |
| 84. -Blueknight Energy Partners | A | Distribution | | | Exempt | | | | |
| 85. -Boardwalk Pipeline Partners LP | B | Distribution | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Bristol Myers Squibb | A | Dividend | K | T | Exempt | | | | |
| 87. -Cardinal Health Inc | A | Dividend | K | T | Exempt | | | | |
| 88. -Cedar Fair LP | B | Distribution | | | Exempt | | | | |
| 89. -Crestwood Equity Partners | B | Distribution | | | Exempt | | | | |
| 90. -Crestwood Midstream Partners | A | Distribution | | | Exempt | | | | |
| 91. -DuPont El DeMours & Co | B | Dividend | J | T | Exempt | | | | |
| 92. -Energy Transfer Partners LP | C | Distribution | J | T | Exempt | | | | |
| 93. -Equity Residential | B | Dividend | K | T | Exempt | | | | |
| 94. -General Electric | A | Dividend | K | T | Exempt | | | | |
| 95. -Goldman Sachs 5.95% 1/18/2018 | A | Int./Div. | K | T | Exempt | | | | |
| 96. -H&R Block Inc | A | Dividend | K | T | Exempt | | | | |
| 97. -Habersham County GA 4.00% 4/1/2019 | B | Interest | K | T | Exempt | | | | |
| 98. -HCP Incorporated | B | Dividend | K | T | Exempt | | | | |
| 99. -Intel Corp | B | Dividend | K | T | Exempt | | | | |
| 100. -KKR & Co LLP | C | Distribution | J | T | Exempt | | | | |
| 101. -Macquarie Infrastructure Co | C | Dividend | K | T | Exempt | | | | |
| 102. -McDonalds | B | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. –Metlife Inc | A | Dividend | K | T | Exempt | | | | |
| 104. –Microsoft Corp | B | Dividend | K | T | Exempt | | | | |
| 105. –Morgan Stanley 5.50% 7/24/2020 | B | Interest | K | T | Exempt | | | | |
| 106. –Morgan Stanley 5.75% 1/25/2021 | B | Interest | K | T | Exempt | | | | |
| 107. –New York Community Bancorp | B | Dividend | | | Exempt | | | | |
| 108. –New York State Thruway Auth 5.00% 3/15/2025 | B | Interest | K | T | Exempt | | | | |
| 109. –NuStar Energy LP | D | Distribution | K | T | Exempt | | | | |
| 110. –Pennsylvania State Genl Oblig 5.00% 1/15/2022 | A | Interest | K | T | Exempt | | | | |
| 111. –Pfizer Inc | A | Dividend | K | T | Exempt | | | | |
| 112. –PIMCO Real Return Bond C | B | Dividend | | | Exempt | | | | |
| 113. –Preferred Plus LMG1 | A | Interest | | | Exempt | | | | |
| 114. –Public Service Energy Group | B | Dividend | | | Exempt | | | | |
| 115. –Puerto Rico Genl Oblig 5.375% 7/1/2025 | B | Interest | | | Exempt | | | | |
| 116. –Puerto Rico Public Improvement 4.125% | A | Interest | | | Exempt | | | | |
| 117. –PVR Partners LP | C | Distribution | | | Exempt | | | | |
| 118. –Royal Dutch Shell PLC | B | Dividend | K | T | Exempt | | | | |
| 119. –Sarasota County FL Sch Brd 5.00% 7/1/2021 | B | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Suburban Propane Partners LP | B | Distribution | | | Exempt | | | | |
| 121. -Teco Energy | B | Dividend | J | T | Exempt | | | | |
| 122. -Tri-County Metro Trans Dist of Oregon 3.00% 11/1/2019 | A | Interest | K | T | Exempt | | | | |
| 123. -University of Cincinnati Gen Rcpts 4.00% 6/1/2025 | A | Interest | K | T | Exempt | | | | |
| 124. -Wal Mart Stores Inc | A | Dividend | K | T | Exempt | | | | |
| 125. -Walgreens Boots Alliance Inc | B | Dividend | K | T | Exempt | | | | |
| 126. -Washington State genl Oblig 5.00% 7/1/2020 | B | Interest | K | T | Exempt | | | | |
| 127. -Washoe County NV Genl Oblig 3.00% 3/1/2023 | B | Interest | K | T | Exempt | | | | |
| 128. -Washoe County NV Genl Oblig 3.00% 3/1/2024 | B | Interest | K | T | Exempt | | | | |
| 129. -Wellpoint Inc 3.30% 1/15/2023 | B | Interest | K | T | Exempt | | | | |
| 130. Morgan Stanley xxx082 (H) | | | | | | | | | |
| 131. -Amex Centurion 2.10% 9/26/2018 | A | Interest | K | T | Exempt | | | | |
| 132. -Apple Inc | B | Dividend | K | T | Exempt | | | | |
| 133. -AT&T Inc | C | Dividend | K | T | Exempt | | | | |
| 134. -Buckeye Partners | C | Distribution | K | T | Exempt | | | | |
| 135. -CA Inc 5.375% 12/1/2019 | A | Interest | K | T | Exempt | | | | |
| 136. -Clark County NV Sch Dist 3.50% 6/15/2024 | A | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Digital Realty Trust LP 5.25% 3/15/2021 | C | Interest | K | T | Exempt | | | | |
| 138. -Dow Chemical Co | B | Dividend | K | T | Exempt | | | | |
| 139. -DuPont El DeMours & Co | B | Dividend | K | T | Exempt | | | | |
| 140. -General Electric Cap Corp 5.30% 2/11/2021 | C | Interest | K | T | Exempt | | | | |
| 141. -Intercontinental Exchange Group | A | Dividend | | | Exempt | | | | |
| 142. -IPS Multi Sch Bldg Corp 4.50% 7/15/2024 | C | Interest | K | T | Exempt | | | | |
| 143. -IShares JP Morgan Em Bond Fund | B | Dividend | K | T | Exempt | | | | |
| 144. -Kansas State Dev Fin Auth5.00% 12/1/2019 | B | Interest | K | T | Exempt | | | | |
| 145. -McDonalds Corp | B | Dividend | K | T | Exempt | | | | |
| 146. -Metlife Inc | A | Dividend | J | T | Exempt | | | | |
| 147. -Microsoft Corp | B | Dividend | K | T | Exempt | | | | |
| 148. -Morgan StanleyBank | A | Interest | K | T | Exempt | | | | |
| 149. -New York State Mtg Agy Homeowner 3.619% 4/1/2023 | B | Interest | K | T | Exempt | | | | |
| 150. -NYSE Euro AEB40 Stk | A | Dividend | | | Exempt | | | | |
| 151. -Oaktree Capital GP LLC | A | Interest | K | T | Exempt | | | | |
| 152. -Royce Pennsylvania Consult | C | Dividend | J | T | Exempt | | | | |
| 153. -San Antonio TX Pub Facs 3.00% 9/15/2027 | B | Interest | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Tanger Factory Outlet Centers | | None | K | T | Exempt | | | | |
| 155.  -Teva Pharmaceuticals ADR | B | Dividend | | | Exempt | | | | |
| 156.  -Thomson Reuters Corp | B | Dividend | K | T | Exempt | | | | |
| 157.  -Truckee Meadows NV Wtr Auth 4.25% 7/1/2022 | B | Interest | K | T | Exempt | | | | |
| 158.  -United Technologies Corp | A | Dividend | K | T | Exempt | | | | |
| 159.  -Western Asset Int Term Muni C | A | Dividend | J | T | Exempt | | | | |
| 160. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chan, Ashely M. | 06/16/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ashely M. Chan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544